IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLES and SUSAN KOPRIVICA,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS HOME & MARINE INSURANCE COMPANY, a Connecticut Corporation,<br><br>Defendant. | CV 25-186-M-WWM<br><br>ORDER |

United States District Judge William W. Mercer referred this case to the undersigned for the purpose of conducting a settlement conference. (Doc. 17). A settlement conference is currently set for June 17, 2026. Further deadlines regarding the settlement conference are set out in the order dated March 4, 2026. (Doc. 20). On May 27, 2026, the parties filed a notice of settlement. (Doc. 21). Accordingly,

IT IS ORDERED that the June 17, 2026 settlement conference and all

//

//

//

deadlines regarding the settlement conference set forth in the March 4, 2026 order (Doc. 20) are VACATED.

DATED this 1st day of June, 2026.

Kathleen L. DeSoto
United States Magistrate Judge