# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CHARLES and SUSAN KOPRIVICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>TRAVELERS HOME & MARINE INSURANCE COMPANY, a Connecticut Corporation,<br><br>　　　　　Defendant. | CV 25-186-M-WWM<br><br>ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL |

Upon consideration of the parties' Stipulation of Voluntary Dismissal (Doc. 24), and for good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice and that each party shall bear its own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order and to close the case file.

DATED this 29th day of June, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE